# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-003 |
| | ) | |
| MRS. K. BROWN, *et al*.., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Iverson Lang, *pro se* and *in forma pauperis*, seeks a court order to compel the Chatham County Sheriff's Department to release camera footage "to support [his] claim and to build [his] discovery." Rather than serving this request on defendants, as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide), Lang has filed it with the Court. If Lang wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed to the party (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing

procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R. Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed). His motion (doc. 13) is **DENIED**.

Lang also seeks clarification about whether his Prisoner Trust Fund Account and Consent to Collection of Fees forms have been received by the Court. Doc. 13 at 3. They have, and are docketed at docs. 7, 8, 9, 10, 19 & 20. Lang does not need to send any further IFP or account forms, absent an Order from this Court telling him to do so. The Clerk is **DIRECTED** to enclose a copy of the docket with service of this Order to ease plaintiff's mind.

**SO ORDERED**, this __20th__ day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA