# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-003 |
| | ) | |
| MRS. K. BROWN, *et al..*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Iverson Damon Lang, *pro se* and *in forma pauperis*, has filed two "Motions to Request Order" with the Court, seeking discovery materials from defendants. Docs. 28 & 29. No Certificate of Service is enclosed representing that defendants were actually served with this request as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide). If Lang wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed *to the party* (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R.

Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed). The Court will *not* order defendants to produce discovery materials absent a showing of good faith, meaningfully meet and confer efforts. And to do that, plaintiff must serve his discovery requests *on defendants*.

**SO ORDERED**, this  15th   day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA