# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-003 |
| | ) | |
| MRS. K. BROWN, *et al.*., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Iverson Damon Lang, *pro se* and *in forma pauperis*, has filed a "motion requesting subpoena" with the Court, seeking a copy of a log book, camera footage, an officer's cell phone, and (perhaps) witness testimonies. Doc. 39. His "Certificate of Service," with a notary's signature to demonstrate it is his signature on the document, does not represent that defendants were actually served with this request as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide) — this despite the Court's unambiguous directive that

> If Lang wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed *to the party* (or that party's attorney)

from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R. Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed). The Court will *not* order defendants to produce discovery materials absent a showing of good faith and meaningful meet and confer efforts. And to do that, plaintiff must serve his discovery requests *on defendants*.

Doc. 35 at 1-2. Put differently, *every discovery request served on the Court will be denied*. Discovery requests must be served *on defendants*. Only if defendants unreasonably refuse to respond — and even then, only after meaningful attempts to informally resolve the issue have been exhausted — will any motion to compel discovery be entertained. *See* S.D. Ga. L. R. 26.5 (parties must meaningfully meet and confer before seeking the Court's intercession). Plaintiff's request (doc. 39) is **DENIED**.

**SO ORDERED**, this __30th__ day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA