UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| IVERSON DAMON LANG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV419-003 |
| MRS. K. BROWN, *et al..*, | ) | |
| Defendants. | ) | |

# ORDER

Iverson Damon Lang, *pro se* and *in forma pauperis*, has filed a "motion for discovery/exhibits" with the Court, seeking confirmation and documents supporting several theories. No Certificate of Service is provided to indicate that defendants were actually served with this request as required by the Federal Rules of Civil Procedure (by which even *pro se* litigants must abide). The Court informs Lang, yet again (*see* docs. 35 & 40) that

> If Lang wishes to serve discovery on defendants, he must do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are mailed *to the party* (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R. Civ. P. 5(d) (initial disclosures and

> discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed). The Court will *not* order defendants to produce discovery materials absent a showing of good faith, meaningfully meet and confer efforts. And to do that, plaintiff must serve his discovery requests *on defendants*.

Doc. 35 at 1-2.

> Put differently, *every discovery request served on the Court will be denied*. Discovery requests must be served *on defendants*. Only if defendants unreasonably refuse to respond — and even then, only after meaningful attempts to informally resolve the issue have been exhausted — will any motion to compel discovery be entertained. *See* S.D. Ga. L. R. 26.5 (parties must meaningfully meet and confer before seeking the Court's intercession).

Doc. 41 at 1-2.

Lang must litigate this case the same way every other litigant does: pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Georgia. If he persists in flouting this Court's clear orders and the applicable Rules, plaintiff's case will be recommended for dismissal for failure to abide a Court order. Plaintiff's improper request for discovery (doc. 41) is **DENIED**.

**SO ORDERED**, this __3rd__ day of June, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA