# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-003 |
| | ) | |
| MRS. K. BROWN, *et al..*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After Iverson Damon Lang, *pro se* and *in forma pauperis*, filed yet another discovery motion with the Court, the Court denied that motion and recommended the case be dismissed for failure to comply with a court order.  Doc. 48;[1] *see also* docs. 45, 42, 35, 22 (all denying improperly served discovery motion and informing Lang that he must Comply with the Federal Rules of Civil Procedure, the same as any other litigant).  Lang objects that, since the first true "motion," he has not actually intended to file any discovery motion with the Court.  He asks that the Court give him another chance to conduct himself in accordance with the Local and

---

[1]  The Court **DENIES** Lang's redundant discovery motion.  Doc. 46.

Federal Rules.  *See* doc. 49.  The Court will give Lang one *final* chance.

The Court therefore **VACATES** its report and recommendation that the case be dismissed for failure to comply with a court order (doc. 48).  **No further warnings will be given**.  Lang must conduct himself in accord with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Georgia.  That includes serving defendants, *not* the Court, with discovery requests.

Lang is further **ORDERED** to caption every discovery filing he sees fit to serve upon the Court as he intends the Court to review it: *either* a discovery motion or a "copy" of a properly served discovery request.  The Clerk is further **DIRECTED** to docket Lang's copies of discovery letters or requests as "notices" only.  All such filings will be reviewed by the Court to determine whether Lang actually intends to move the Court for relief.

**SO ORDERED**, this __24th__ day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA