FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUL 10 PM 1:36

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Iverson Damon Lang, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: CV419-3 |
| Keoiness Brown, Elaine Patterson, and Sheriff John T. Wilcher, | ) ) ) ) |
| Defendants. | ) |

## ORDER ON DEFENDANT'S MOTION TO DEPOSE A CONFINED PERSON IN JAIL

Before the Court is Defendants, Keoiness Brown, Elaine Patterson, and Sheriff John T. Wilcher's Motion to Depose a Confirmed Person in Jail, specifically the Plaintiff in this action. As good cause exists, Defendants' Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Chatham County Detention Center shall make the Plaintiff available for deposition in this civil action in the manner in which other depositions are generally held at such facility.

7/10/19

_____
Magistrate Judge
United States District Court
Southern District of Georgia

1