# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-003 |
| MRS. K. BROWN, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

The parties filed a motion to modify the Scheduling Order in this case.[1] Doc. 54. Shortly after that motion was filed, defendants moved for summary judgment. Doc. 55. Lang's response in opposition to that motion was due by December 6, 2019. To date, no response has been filed. Further, the notice of the pendency of the motion was returned as undeliverable. *See* doc. 59. It appears, therefore, that Lang has not complied with this Court's requirement that parties "apprise the Court of any address change." S.D. Ga. L. Civ. R. 11.1. This Court has previously warned Lang that he "must conduct himself

---

[1] Since the deadlines proposed in the motion have all passed, it is **DISMISSED** as moot. Doc. 54.

1

in accord with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Georgia." Doc. 50 at 2.

Accordingly, Lang is **DIRECTED** to respond to this Order within 14 days and **SHOW CAUSE** why his case should not be dismissed for failing to obey the Court's rules or abandonment grounds. *See* Fed. R. Civ. P. 41(b)

**SO ORDERED,** this 28th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT A