# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IVERSON DAMON LANG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-003 |
| MRS. K. BROWN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

# ORDER

*Pro se* plaintiff Iverson Lang was directed to show cause why this case should not be dismissed for his failure to apprise the Court of a change in his address. *See* doc. 60. He has responded indicating that he attempted to notify the Clerk of his transfer to a federal detention facility.[1] *See* doc. 61. Although the Court has previously warned Lang of his obligation to abide by the Federal Rules of Civil Procedure and this Court's

---

[1] Lang contends that he informed the Court of his transfer in "September," doc. 61 at 1, but there is no entry on the docket reflecting such notice. Indeed, there was nothing docketed in this case between mail to defendant being returned as undeliverable in July, *see* doc. 53 (filed July 15, 2019), and defendant Brown's motion to amend in October, *see* doc. 54 (filed October 4, 2019). He also alleges that he notified the Clerk in November. Doc. 61 at 1. Like the purported September notice, the purported November notice is not reflected on the docket.

1

Local Rules, *see* doc. 60 at 1–2, the Court will give Lang **one final chance** to litigate this case.

Defendant Brown's motion for summary judgment is pending and, currently, stands unopposed. *See* doc. 55. The Clerk is **DIRECTED** to update Lang's address on the docket and send him copies of all documents that he has not received, specifically docs. 54, 55, 56, 57, and 58, along with a copy of this Order at his current address. Lang shall have 21 days from the date that those materials are mailed to respond to the pending summary judgment motion.

**SO ORDERED,** this 4th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA