IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IVERSON DAMON LANG,

    Plaintiff,

v.

MRS. K BROWN; MRS. E. PATTERSON; and SHERIFF J. WILCHER,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-3

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 19, 2021, Report and Recommendation, (doc. 94), to which plaintiff has not filed an objection, and adopts the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court **DISMISSES** Plaintiff's Second Amended Complaint. (Doc. 36.) The Court further **GRANTS**, in part, Defendants Keoiness Brown, Elaine Patterson, and Sheriff John T. Wilcher's Motion for Summary Judgement, and **DENIES**, in part, Sheriff Wilcher's Motion for Summary Judgment on sovereign immunity grounds. (Doc. 69.) Plaintiff's claims are **DISMISSED**. The Clerk of Court is DIRECTED to close this case.

**SO ORDERED**, this 1st day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA